IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY KYLE,

    Plaintiff,

v.

C. HOLINKA, MICHAEL NALLEY,
HARLY LAPPIN, MARION FEATHER,
P.D. SHANKS and MICHAEL GALLO,

    Defendants.

JUDGMENT IN A CIVIL CASE

09-cv-90-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing Michael Nalley, Harly Lappin and C. Holinka without predjuce, granting Marion Feather, P.D. Shanks and Michael Gallo's motion for summary judgment, and dismissing this case.

_____    _____3/25/11_____
Peter Oppeneer, Clerk of Court                        Date